1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James J. Pisanelli, Esq., Bar No, 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jeffrey S. Gleason (*pro hac vice* forthcoming)
Jamie R. Kurtz (*pro hac vice* forthcoming)
Charlie C. Gokey (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Attorneys for Defendants*
*United HealthCare Insurance Company and United HealthCare Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FREMONT EMERGENCY SERVICES
(SCHERR), LTD,

           Plaintiff,

      v.

UNITED HEALTHCARE INSURANCE
COMPANY AND UNITED HEALTHCARE
SERVICES,

           Defendants.

CASE NO. 2:22-cv-01118

**STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

**(FIRST REQUEST)**

      WHEREAS, Plaintiff Fremont Emergency Services (Scherr), Ltd ("Fremont") commenced

the above-captioned action (the "Action") on July 13, 2022, against Defendants United Healthcare

Insurance Company and United Healthcare Services ("United");

      WHEREAS, United was served with the Complaint on July 19, 2022;

{06631644 / 1}

1    WHEREAS, United must file and serve an answer or a motion under Rule 12 by August 9,

2    2022;

3    WHEREAS, Fremont has agreed to extend the response deadline by 30 days, until

4    September 8, 2022, so that United has sufficient time to respond to the allegations in the Complaint;

5    WHEREAS, this is the first stipulation for extension of time for United to respond to the

6    Complaint;

7    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and

8    among the undersigned counsel, that United's deadline to respond to the Complaint is extended

9    until September 8, 2022.

10    DATED this 5th day of August, 2022.

11
                                                        PISANELLI BICE PLLC
12

13                                                      By:   _/s/ Debra L. Spinelli_____
                    **ORDER**                                 James J. Pisanelli, Esq., Bar No, 4027
14                                                            Debra L. Spinelli, Esq., Bar No. 9695
        **IT IS SO ORDERED**                                  400 South 7th Street, Suite 300
15      **DATED:** 5:23 pm, August 09, 2022                   Las Vegas, Nevada 89101

16                                                      Jeffrey S. Gleason (*pro hac vice* forthcoming)
                                                        Jamie R. Kurtz (*pro hac vice* forthcoming)
17                                                      Charlie C. Gokey (*pro hac vice* forthcoming)
                                                        ROBINS KAPLAN LLP
18      **BRENDA WEKSLER**                              800 LaSalle Avenue, Suite 2800
        **UNITED STATES MAGISTRATE JUDGE**             Minneapolis, Minnesota 55402
19
                                                        Jessica M. Pettit (*pro hac vice* forthcoming)
20                                                      ROBINS KAPLAN LLP
                                                        2049 Century Park East, Suite 3400
21                                                      Las Angeles, California 90067
                                                        *Attorneys for Defendants United HealthCare*
22                                                      *Insurance Company and United HealthCare*
                                                        *Services*
23

24

25

26

27

28