**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

**LASH & GOLDBERG LLP**
Justin C. Fineberg (*pro hac*)
Jonathan E. Siegelaub (*pro hac*)
Annette U. Tucker (*pro hac*)
Benjamin R. Shiekman (*pro hac*)
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131
Telephone:  (305) 347-4040
Facsimile:  (305) 347-4050
Email:  jfineberg@lashgoldberg.com
Email:  jsiegelaub@lashgoldberg.com
Email:  atucker@lashgoldberg.com
Email:  bshiekman@lashgoldberg.com
***Attorneys for Plaintiff Fremont Emergency Services (Scherr), Ltd.***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (SCHERR), LTD.;<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No.  2:22-cv-01118-CDS-BNW<br><br>***Stipulation and Order to Extend Deadline to Oppose Defendants' Motion to Dismiss*** |

Plaintiff, Fremont Emergency Services (Scherr), Ltd. (hereafter, "Plaintiff"), by and through its attorneys of record, and Defendants, UnitedHealthcare Insurance Company and United Healthcare Services, Inc. (hereafter, "Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Plaintiff stipulated to allow Defendants to respond to the Complaint [DOC 1] on or before September 8, 2022.

2.  Defendants filed their Motion to Dismiss [DOC 29] on September 8, 2022.

3.  The Response to Defendants' Motion is currently due on or before September 22, 2022.

4.  Given the number of the legal issues presented, the parties have agreed to extend Plaintiff's Response deadline to October 17, 2022.

5.  Therefore, the Parties hereby stipulate to move the deadline for Plaintiff's Response to the Motion to Dismiss [DOC 29] from Thursday, September 22, 2022 to **Monday, October 17, 2022**.

Respectfully submitted,

DATED this 14th day of September, 2022

By: /s/ Renee M. Finch
    Renee M. Finch, Esq.
    Nevada State Bar 13118
    MESSNER REEVES LLP
    8945 W. Russell Road, Suite 300
    Las Vegas, NV 89148

***Attorneys for Plaintiff, Fremont Emergency Services (Scherr), Ltd.***

Justin C. Fineberg*
Jonathan E. Siegelaub*
Annette U. Tucker*
Benjamin R. Shiekman*
LASH & GOLDBERG LLP
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131

*Admitted *pro hac vice*

DATED this 14th day of September, 2022

By: /s/ Debra L. Spinelli
    James J. Pisanelli, Esq.
    Nevada Bar No. 4027
    Debra L. Spinelli, Esq.
    Nevada Bar No. 9695
    PISANELLI BICE, PLLC
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

***Attorneys for Defendants United HealthCare Insurance Company & United HealthCare Services***

Jeffrey S. Gleason, Esq.*
Jamie R. Kurtz, Esq.*
Charlie C. Gokey, Esq.*
ROBINS KAPLAN, LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit*
ROBINS KAPLAN, LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Admitted *pro hac vice*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED:  September 16, 2022

2