**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

**LASH & GOLDBERG LLP**
Justin C. Fineberg (*pro hac*)
Jonathan E. Siegelaub (*pro hac*)
Annette U. Tucker (*pro hac*)
Benjamin R. Shiekman (*pro hac*)
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131
Telephone:  (305) 347-4040
Facsimile:  (305) 347-4050
Email:  jfineberg@lashgoldberg.com
Email:  jsiegelaub@lashgoldberg.com
Email:  atucker@lashgoldberg.com
Email:  bshiekman@lashgoldberg.com
*Attorneys for Plaintiff Fremont Emergency Services (Scherr), Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (SCHERR), LTD.;<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No.  2:22-cv-01118-CDS-BNW<br><br>*Stipulation and [Proposed] Order to Extend Deadlines for Plaintiff's Response and Defendants' Reply to Defendants' Motion to Stay* |

Plaintiff, Fremont Emergency Services (Scherr), Ltd. (hereafter, "Plaintiff"), by and through its attorneys of record, and Defendants, UnitedHealthcare Insurance Company and United Healthcare Services, Inc. (hereafter, "Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Plaintiff stipulated to allow Defendants to respond to the Complaint [DOC 1] on or before September 8, 2022.

2. Defendants filed their Motion to Dismiss [DOC 29] on September 8, 2022.

1

3. The Response to Defendants' Motion is currently due on or before October 17, 2022, per the stipulation of the parties.

4. Thereafter, Defendants filed their Motion to Stay Discovery [DOC 40] on September 29, 2022.

5. Plaintiff's Response to the Motion to Stay Discovery is due on or before October 13, 2022. Defendants' Reply to the Motion to Stay Discovery would be due on or before October 20, 2022.

6. Given the overlap of the briefing schedule for the Motion to Stay Discovery and the Motion to Dismiss, the parties have stipulated to extend the briefing schedule on the Motion to Stay, making **Plaintiff's Response due on or before October 21, 2022, and Defendants' Reply due on or before November 4, 2022**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The Motion to Stay is currently set for hearing in front of Magistrate Weksler on November 14, 2022.

Respectfully submitted,

DATED this 10th day of October, 2022.

By: /s/ Renee M. Finch
Renee M. Finch, Esq.
Nevada State Bar 13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148

*Attorneys for Plaintiff, Fremont Emergency Services (Scherr), Ltd.*

Justin C. Fineberg*
Jonathan E. Siegelaub*
Annette U. Tucker*
Benjamin R. Shiekman*
LASH & GOLDBERG LLP
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131

*Admitted pro hac vice

DATED this 10th day of October, 2022.

By: /s/ Debra L. Spinelli
James J. Pisanelli, Esq.
Nevada Bar No. 4027
Debra L. Spinelli, Esq.
Nevada Bar No. 9695
PISANELLI BICE, PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Defendants United HealthCare Insurance Company & United HealthCare Services*

Jeffrey S. Gleason, Esq.*
Jamie R. Kurtz, Esq.*
Charlie C. Gokey, Esq.*
ROBINS KAPLAN, LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit*
ROBINS KAPLAN, LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Admitted pro hac vice

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE

DATED: October 11, 2022

3