**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

**LASH & GOLDBERG LLP**
Justin C. Fineberg (*pro hac*)
Jonathan E. Siegelaub (*pro hac*)
Annette U. Tucker (*pro hac*)
Benjamin R. Shiekman (*pro hac*)
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131
Telephone:  (305) 347-4040
Facsimile:  (305) 347-4050
Email:  jfineberg@lashgoldberg.com
Email:  jsiegelaub@lashgoldberg.com
Email:  atucker@lashgoldberg.com
Email:  bshiekman@lashgoldberg.com
***Attorneys for Plaintiff Fremont Emergency Services (Scherr), Ltd.***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (SCHERR), LTD.;<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No.  2:22-cv-01118-CDS-BNW<br><br>***Stipulation and Order to Extend Deadline to Oppose Defendants' Motion to Dismiss***<br><br>***(Second Request)*** |

   Plaintiff, Fremont Emergency Services (Scherr), Ltd. (hereafter, "Plaintiff"), by and through its attorneys of record, and Defendants, UnitedHealthcare Insurance Company and United Healthcare Services, Inc. (hereafter, "Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

   1.  Plaintiff stipulated to allow Defendants to respond to the Complaint [DOC 1] on or before September 8, 2022.

1

2.   Defendants filed their Motion to Dismiss [DOC 29] on September 8, 2022.

3.   The parties stipulated and the Court allowed the Response to the Motion to Dismiss [DOC 37] to be due on October 17, 2022.

4.   Thereafter, the Defendants filed a Motion to Stay the Proceedings [DOC 40].

5.   The parties stipulated and the Court allowed the Response to the Motion to Stay to be due on October 21, 2022 [DOC 44].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. Given the overlap between the two pending Motions, the parties hereby request that the **Response to the Motion to Dismiss be due also on October 21, 2022 and Replies thereto to be due on November 9, 2022**.

Respectfully submitted,

DATED this 17th day of October, 2022

By: */s/ Renee M. Finch*
    Renee M. Finch, Esq.
    Nevada State Bar 13118
    MESSNER REEVES LLP
    8945 W. Russell Road, Suite 300
    Las Vegas, NV 89148

    *Attorneys for Plaintiff, Fremont*
    *Emergency Services (Scherr), Ltd.*

    Justin C. Fineberg*
    Jonathan E. Siegelaub*
    Annette U. Tucker*
    Benjamin R. Shiekman*
    LASH & GOLDBERG LLP
    100 S.E. 2nd Street, Suite 1200
    Miami, Florida 33131

    *Admitted pro hac vice

DATED this 17th day of October, 2022

By: */s/ Debra L. Spinelli*
    James J. Pisanelli, Esq.
    Nevada Bar No. 4027
    Debra L. Spinelli, Esq.
    Nevada Bar No. 9695
    PISANELLI BICE, PLLC
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

    *Attorneys for Defendants United*
    *HealthCare Insurance Company &*
    *United HealthCare Services*

    Jeffrey S. Gleason, Esq.*
    Jamie R. Kurtz, Esq.*
    Charlie C. Gokey, Esq.*
    ROBINS KAPLAN, LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402

    Jessica M. Pettit*
    ROBINS KAPLAN, LLP
    2049 Century Park East, Suite 3400
    Los Angeles, California 90067

    *Admitted pro hac vice

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: ___October 17, 2022_____