James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jeffrey S. Gleason (Admitted *pro hac vice*)
Jamie R. Kurtz (Admitted *pro hac vice*)
Charlie C. Gokey (Admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit (Admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Attorneys for Defendants*
*United HealthCare Insurance Company and*
*United HealthCare Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (SCHERR), LTD.;<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:22-cv-01118-CDS-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

1

Defendants UnitedHealthcare Insurance Company and United Healthcare Services, Inc. and Plaintiff Fremont Emergency Services (Scherr), Ltd. (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. Defendants filed a Motion to Dismiss Plaintiff's Complaint on September 8, 2022. (ECF No. 29).

2. The Parties stipulated and the Court extended Plaintiff's response to the Motion to Dismiss to October 17, 2022. (ECF No. 36).

3. Defendants filed a Motion to Stay Discovery on September 29, 2022. (ECF No. 40).

4. The Parties stipulated and the Court extended Plaintiff's response to the Motion to Stay Discovery to October 21, 2022, with Defendants' Reply to be due thereafter on November 4, 2022. (ECF No. 44).

5. The Parties stipulated and the Court extended Plaintiff's response to the Motion to Dismiss to October 21, 2022, with Defendants' Reply to be due on November 9, 2022. (ECF No. 46).

/ / /

6. Given the overlap between the pending Motion to Dismiss and Motion to Stay Discovery, the Parties hereby request that **Defendants' Reply to the Motion to Stay Discovery also be due on November 9, 2022.**

DATED this 3rd day of November, 2022

By: */s/ Renee M. Finch*
Renee M. Finch, Esq., #13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148

*Attorneys for Plaintiff, Fremont Emergency Services (Scherr), Ltd.*

Justin C. Fineberg*
Jonathan E. Siegelaub*
Annette U. Tucker*
Benjamin R. Shiekman*
LASH & GOLDBERG LLP
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131

*Admitted *pro hac vice*

DATED this 3rd day of November, 2022

By: */s/ Brianna G. Smith*
James J. Pisanelli, Esq., #4027
Debra L. Spinelli, Esq., #9695
Brianna G. Smith, Esq., #11795
PISANELLI BICE, PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Defendants United HealthCare Insurance Company & United HealthCare Services*

Jeffrey S. Gleason, Esq.*
Jamie R. Kurtz, Esq.*
Charlie C. Gokey, Esq.*
ROBINS KAPLAN, LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit*
ROBINS KAPLAN, LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Admitted *pro hac vice*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 4, 2022

CASE NO.: 2:22-cv-01118-CDS-BNW