James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jeffrey S. Gleason (*pro hac vice*)
jgleason@robinskaplan.com
Jamie R. Kurtz (*pro hac vice*)
jkurtz@robinskaplan.com
Charlie C. Gokey (*pro hac vice*)
cgokey@robinskaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit (*pro hac vice*)
jpettit@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067

*Attorneys for Defendants
United HealthCare Insurance Company and United
HealthCare Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREMONT EMERGENCY SERVICES (SCHERR), LTD, | Case No. 2:22-cv-01118 |
| Plaintiff, | **MOTION TO WITHDRAW CHARLIE C. GOKEY AS COUNSEL** |
| v. | |
| UNITED HEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, | |
| Defendants. | |

Defendants United Healthcare Insurance Company and United Healthcare Services ("United") hereby move for an order permitting Charlie C. Gokey to withdraw as Pro Hac Vice Counsel for United. The reason for this motion is that Charlie C. Gokey will no longer be affiliated with the law firm of Robins Kaplan LLP effective February 9, 2023. Defendants will continue to be represented without interruption by James J. Pisanelli, Debra L. Spinelli and Brianna Smith of Pisanelli Bice, and Jeffrey S. Gleason, Jamie R. Kurtz and Jessica M. Pettit of Robins Kaplan LLP. Good cause exists to grant this Motion and no party will be prejudiced by his withdrawal, nor will any deadlines be adversely affected.

WHEREFORE, the undersigned attorney respectfully requests that the Court enter an Order permitting Charlie C. Gokey to withdraw as counsel for Defendants.

Dated: February 8, 2023

**PISANELLI BICE**

By:   /s/ Brianna Smith

James J. Pisanelli, Esq., Bar No, 4027
Debra L. Spinelli, Esq., Bar No. 9695
Brianna Smith, Esq., Bar No. 11795
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jeffrey S. Gleason (*pro hac vice*)
Jamie R. Kurtz (*pro hac vice*)
Charlie C. Gokey (*pro hac vice*)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

Jessica M. Pettit (*pro hac vice*)
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Las Angeles, California 90067

*Attorneys for Defendants*
*United HealthCare Insurance Company*
*and United HealthCare Services*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 1:33 pm, February 09, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 8th day of February, 2023, I caused to be served a true and correct copy of the above and foregoing **MOTION TO WITHDRAW CHARLIE C. GOKEY AS COUNSEL** via the Court's CM/ECF service system.

/s/ Shannon Dinkel
An employee of Pisanelli Bice PLLC